Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−29232−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina M. Crochet
   38 Springfield Ave
   Oceanport, NJ 07757−1215

Social Security No.:
   xxx−xx−6039

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: January 2, 2017
JJW: admi

                James J. Waldron
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Gina M. Crochet
    Debtor

Case No. 16-29232-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 03, 2017
    Form ID: finmgtc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2017.
db      Gina M. Crochet,    38 Springfield Ave,    Oceanport, NJ   07757-1215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg      E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2017 23:48:02    U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2017 23:47:58    United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2017 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
         Timothy P. Neumann    on behalf of Debtor Gina M. Crochet timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@gmail.com
                                                                                                                                            TOTAL: 5