Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 16−29232−KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina M. Crochet
   38 Springfield Ave
   Oceanport, NJ 07757−1215

Social Security No.:
   xxx−xx−6039

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;**
**FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on October 13, 2016 and a confirmation hearing on such Plan has been scheduled for February 22, 2017.

The debtor filed a Modified Plan on February 15, 2017 and a confirmation hearing on the Modified Plan is scheduled for March 29, 2017 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.


Dated: February 21, 2017
JAN: pbf

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gina M. Crochet  
    Debtor

Case No. 16-29232-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Feb 21, 2017  
                          Form ID: 186    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
```
db              Gina M. Crochet,    38 Springfield Ave,    Oceanport, NJ  07757-1215
516436267       Atlantis Mortgage Company,    55 Oceanport Ave,    West Long Branch, NJ  07764-1427
516436269      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank USA N,    15000 Capital One Dr,
                Richmond, VA  23238-1119)
516436270      +Fein Such Kahn & Shepard,    7 Century Dr Ste 201,    Parsippany, NJ  07054-4673
516436271       LSF 9 Master Participation Trust,    c/o Caliber Home Loans Inc,    13801 Wireless Way,
                Oklahoma City, OK  73134-2500
516646138      +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o,    Caliber Home Loans,
                13801 Wireless Way,    Oklahoma City, OK 73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2017 23:19:09      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2017 23:19:08      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
516436268       E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 21 2017 23:19:19
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL  33146-1837
516500125      +E-mail/Text: bankruptcy@cavps.com Feb 21 2017 23:19:16      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516479962       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2017 23:20:55
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516436272       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2017 23:20:55      Lvnv Funding LLC,
                PO Box 10497,    Greenville, SC  29603-0497
516436273       E-mail/Text: camanagement@mtb.com Feb 21 2017 23:19:02      M & T Bank,    PO Box 1288,
                Buffalo, NY  14240-1288
516645962       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2017 23:21:02
                Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
516646136       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2017 23:21:26
                Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
516637181      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2017 23:20:55
                PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516436275       E-mail/Text: bankruptcy@senexco.com Feb 21 2017 23:18:40      Senex Services Corp,
                3333 Founders Rd,    Indianapolis, IN  46268-4933
516438303       E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2017 23:20:51      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516436274     ##Portfolio Recovery Ass,    287 Independence Blvd,    Virginia Beach, VA  23462-2962
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2017
                              Form ID: 186             Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Timothy P. Neumann    on behalf of Debtor Gina M. Crochet timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
                                                                                             TOTAL: 5
```