| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>790782<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR<br>LSF9 MASTER PARTICIPATION TRUST |
|---|
| In Re:<br><br>GINA CROCHET A/K/A GINA M. CROCHET |

**Order Filed on August 8, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No: 16-29232 - KCF

Hearing Date: June 28, 2017

Judge: Kathryn C. Ferguson

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and four (4) is hereby **ORDERED**.

**DATED: August 8, 2017**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

|  |  |
|---|---|
| Applicant: | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | TIMOTHY P. NEUMANN, Esquire |
| Property Involved ("Collateral"): | 38 SPRINGFIELD AVENUE, BOROUGH OF OCEANPORT, NJ 07757 |

Relief sought: ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for 9 months, from 11/01/2016 to 07/01/2017.

   ☒ The Debtor is overdue for 9 payments at $3,078.86 per month.

   ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

   Total Arrearages Due $27,709.74.

2. Debtor must cure all post-petition arrearages, as follows:

   ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

   ☒ Beginning on 08/01/2017, adequate protection payments shall continue to be made in the amount of $1,500.00 per month while seeking a loan modification which must be approved no later than 01/31/2018.

   ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

   ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:

☒ Adequate protection payment:

Caliber Home Loans Inc.
P.O. Box 24610
Oklahoma City, OK 73124

☐ Monthly cure payment:

4. In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5. Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

   The fees and costs are payable:

   ☐ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

   ☐ to the Secured Creditor within _____ days.

   ☐ Attorneys' fees are not awarded.

6. This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

United States Bankruptcy Court
District of New Jersey

In re:  
Gina M. Crochet  
    Debtor

Case No. 16-29232-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.  
db          Gina M. Crochet,    38 Springfield Ave,    Oceanport, NJ    07757-1215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:  
         Albert     Russo     docs@russotrustee.com  
         Albert     Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
         PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor     LSF9 Master Participation Trust  
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Michael Frederick Dingerdissen     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR  
         LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT  
         nj.bkecf@fedphe.com  
         Michael Frederick Dingerdissen     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR  
         LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
         Nicholas V. Rogers     on behalf of Creditor     U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER  
         PARTICIPATION TRUST nj.bkecf@fedphe.com  
         R. A. Lebron     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
         Timothy P. Neumann     on behalf of Debtor Gina M. Crochet timothy.neumann25@gmail.com,  
         btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
                                                                                          TOTAL: 9