Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

         Case No.:  16−29232−KCF
         Chapter:  13
         Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina M. Crochet
   38 Springfield Ave
   Oceanport, NJ 07757−1215

Social Security No.:
   xxx−xx−6039

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/28/18 at 09:00 AM

to consider and act upon the following:

35 − Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Sherri J. Braunstein on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT. Objection deadline is 03/2/2018. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Braunstein, Sherri)

Dated: 3/1/18

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court