Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16–29232–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Gina M. Crochet
 38 Springfield Ave
 Oceanport, NJ 07757–1215
Social Security No.:
 xxx–xx–6039
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/18.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 20, 2018
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-29232-KCF
Gina M. Crochet                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin           Page 1 of 2           Date Rcvd: Sep 20, 2018
                            Form ID: 148           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db             Gina M. Crochet,    38 Springfield Ave,    Oceanport, NJ  07757-1215
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516436267      Atlantis Mortgage Company,    55 Oceanport Ave,    West Long Branch, NJ  07764-1427
516436270     +Fein Such Kahn & Shepard,    7 Century Dr Ste 201,   Parsippany, NJ 07054-4673
516646138     +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o,    Caliber Home Loans,
               13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 23:14:22     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 23:14:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516436268      E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 20 2018 23:14:41
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL  33146-1837
516436269      EDI: CAPITALONE.COM Sep 21 2018 02:53:00     Capital One Bank USA N,    15000 Capital One Dr,
               Richmond, VA  23238-1119
516500125     +E-mail/Text: bankruptcy@cavps.com Sep 20 2018 23:14:38     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516436271      E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 20 2018 23:15:06
               LSF 9 Master Participation Trust,    c/o Caliber Home Loans Inc,    13801 Wireless Way,
               Oklahoma City, OK  73134-2500
516479962      EDI: RESURGENT.COM Sep 21 2018 02:53:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516436272      EDI: RESURGENT.COM Sep 21 2018 02:53:00     Lvnv Funding LLC,    PO Box 10497,
               Greenville, SC  29603-0497
516436273      E-mail/Text: camanagement@mtb.com Sep 20 2018 23:14:02     M & T Bank,    PO Box 1288,
               Buffalo, NY  14240-1288
516645962      EDI: PRA.COM Sep 21 2018 02:53:00     Portfolio Recovery Associates, LLC,
               C/O Capital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
516646136      EDI: PRA.COM Sep 21 2018 02:53:00     Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
               POB 41067,    Norfolk VA 23541
516637181     +EDI: RESURGENT.COM Sep 21 2018 02:53:00     PYOD, LLC its successors and assigns as assignee,
               of Roundup Funding L.L.C.,    Resurgent Capital Services,    PO Box 19008,
               Greenville, SC 29602-9008
516436275     +E-mail/Text: bankruptcy@senexco.com Sep 20 2018 23:13:37     Senex Services Corp,
               3333 Founders Rd,    Indianapolis, IN  46268-4933
516438303      EDI: RMSC.COM Sep 21 2018 02:53:00     Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605

                                                                                   TOTAL: 14

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516436274      ##Portfolio Recovery Ass,    287 Independence Blvd,    Virginia Beach, VA  23462-2962
                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0312-3        User: admin              Page 2 of 2              Date Rcvd: Sep 20, 2018
                           Form ID: 148              Total Noticed: 19

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:

          Albert  Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    LSF9 Master Participation Trust
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST bkyefile@rasflaw.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
           nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Timothy P. Neumann    on behalf of Debtor Gina M. Crochet timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;tneumann.bnfs@gmail.com
                                                                                TOTAL: 11